IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KIMBERLY HARRIS, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-CV-341 (MTT) |
| | * |
| OCONEE CENTER COMMUNITY SERVICE BOARD, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 7, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk